**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DERRICK LAMONT ALLEN**                                              **PLAINTIFF**

v.                              Case No: 4:19-cv-00907-LPR

**EDWARDS,** *et al***.**                                                      **DEFENDANTS**

## ORDER

Plaintiff Derrick Lamont Allen was incarcerated in the Pulaski County Detention Center when he filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. (Doc. 2). On April 23, 2020, mail from the Court to Mr. Allen was returned as undeliverable. (Doc. 24). On May 6, 2020, the Court issued an Order directing Mr. Allen to notify the Clerk of the Court of his change of address within thirty days. (Doc. 25). Mr. Allen was warned that his failure to provide a current mailing address within thirty days would cause his case to be dismissed pursuant to LOCAL RULE 5.5(c)(2). (*Id.*) The Order was mailed to Mr. Allen's last known address, but it was returned as undeliverable. (Doc. 26).

More than thirty days have passed, and Mr. Allen has not complied or otherwise responded to the May 6, 2020 Order. Accordingly, Mr. Allen's case is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss a case *sua sponte* for failure to prosecute). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 15th day of June 2020.

*[signature]*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE