# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DERRICK LAMONT ALLEN**                                         **PLAINTIFF**

v.                      **Case No: 4:19-cv-00907-LPR**

**EDWARDS,** *et al*.                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice for failure to prosecute. The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 15th day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE